DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIEGO PASCUAL FRANCISCO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4039

[June 3, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephen A. Rapp, Judge; L.T. Case No. 502012CF007694AXXXMB.

Diego Pascual Francisco, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Iacono v. State*, 930 So. 2d 829, 831 (Fla. 4th DCA 2006).

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***